UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-mj-02017-BECERRA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANTHONY BERNARD CARTER,**

    **Defendant.**
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on January 15, 2021, a hearing was held to determine whether defendant **ANTHONY BERNARD CARTER** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **ANTHONY BERNARD CARTER** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(I), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by criminal complaint in the Southern District of Florida with sex trafficking of a person by force and coercion in violation of Title 18, United States Code, Sections 1591 (a)(1) and (b)(1), transportation of a person for sexual activity in violation of Title 18, United States Code, Section 2421(a), sex

trafficking of a minor by force and coercion in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and transportation of a minor for sexual activity in violation of Title 18, United States Code, Section 2423(a).

2.  The weight of the evidence against the defendant is substantial. The government has proffered that the defendant transported an adult victim and a minor victim from Atlanta, Georgia to Miami, Florida for the purpose of sex trafficking the victims. The defendant threatened to kill the adult victim. The adult victim and the minor victim participated in a "date" where they engaged in sexual activities with a client in exchange for money. The following day, the adult victim went on a second date with the same client. While the adult victim was on a date, the defendant took the minor victim to a hotel where the minor victim was to participate in sexual activities with a client in exchange for money. The client was an undercover officer ("UC"). The minor victim told the UC that she was afraid of the defendant.

The defendant encountered law enforcement officers and fled in a vehicle. The defendant drove onto oncoming traffic and almost struck pedestrians. The defendant crashed the vehicle and fled on foot to the rental property where the defendant had been staying with the victims. The defendant and the adult victim stayed in several hotels in Florida, eventually traveling back to Georgia on a bus.

3.  The pertinent history and characteristics of the defendant support pretrial detention.  The defendant was born on February 28, 1992 in Atlanta, Georgia. The defendant's criminal history includes an arrest in 2017 for "pimping." The defendant has

been unemployed for approximately a year and appears to support himself by sex trafficking victims.

    4. Given the seriousness of the instant charges and the fact that the defendant fled upon encountering law enforcement, the Court finds that the defendant is a flight risk. The Court also finds by a preponderance of the evidence that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required.

    5. Given the nature of the charges against the defendant, the defendant's lack of employment and the defendant's prior arrest for pimping, the defendant will likely continue to engage in sex trafficking if released on bond and constitutes a danger to persons in the community and a risk of flight. The Court specifically finds by clear and convincing evidence that there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community.

    6. Based upon the above findings of fact the Court has concluded that this defendant presents a risk of flight and a danger to the community.

The Court hereby directs:

    (a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

    (b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **15th** day of January, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Pretrial Services
All counsel of Record